UNITED STATES DISTRICT COURT FOR THE

**FILED - GR**

May 19, 2026 1:15 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM  SCANNED BY: ⟋⟍  / 5/19

Western District of Michigan

**1:26-cv-1642**
**Robert Jonker- US District Judge**
**Maarten Vermaat- Magistrate Judge**

|  |  |
|---|---|
| Alyssa Dowling | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| ERIC KOMITEE | ) |
| _____ | ) |
| *Defendant* | |

Civil Action No. _____

Plaintiff demands a trial by Court.

Plaintiff: ALYSSA DOWLING

Defendant: ERIC KOMITEE

Claim: Defendant displayed discrimination.

Fact: ERIC KOMITEE failed to show due respect.

Prayer for Relief: WHEREFORE, plaintiff requests the Court to grant relief that is just and proper. Plaintiff requests a chance to amend the Complaint before the dismissal.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/18/26

Alyssa Dowling

Alyssa Dowling

631 Waterman St, Wichita, KS 67208



BY DANIELS NJ   070

14 MAY 2026  PM 5  L

U.S. District Court Clerk's Office
110 Michigan St NW
Grand Rapids MI 49503

49503--236399